**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 5, 2022

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    RE:   **United States v. Julian Rios-Meneses**
           **21 Cr 365 (RMB)**

Dear Judge Berman:

    I write with the consent of the Government and co-defendant's counsel to respectfully request that the Court adjourn the next conference in the above referenced case from Tuesday, November 1, 2022 to November 29, 2022 at 9:00 AM. This adjournment is necessary because the jury administrator moved a trial I am starting back by a week, and as such this conference will conflict with the on-going trial. Both defendants waive Speedy Trial Act time until November 29, 2022. Thank you for the Court's consideration.

Respectfully submitted,

/s/ _____
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

---

Application granted. Time is excluded pursuant to the Speedy Trial Act.

SO ORDERED:
Date: 10/6/22    *Richard M. Berman*
Richard M. Berman, U.S.D.J.