**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

 -against-

JULIAN FERNEY RIOS-MENESES,
FRANCISCO JAVIER BOLIVAR-LOZANO,
     Defendants.
------------------------------------------------------------X

21 CR. 365 (RMB)

**ORDER**

  The status conference scheduled for Tuesday, November 29, 2022 at 9:00 AM is hereby rescheduled to 9:30 AM on the same date.

  The proceeding will take place in Courtroom 17B.

Dated: November 15, 2022
   New York, NY

                RICHARD M. BERMAN
                U.S.D.J.