**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                              :
                                                                              :
                             Government,           :       21 CR. 365 (RMB)
                                                                              :
           - against -                              :       **ORDER**
                                                                              :
JULIAN FERNEY RIOS-MENESES,            :
 FRANCISCO JAVIER BOLIVAR-LOZANO  :
                                                                              :
                              Defendants.
---------------------------------------------------------------x

The status conference scheduled for Tuesday, January 31, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: January 25, 2023
       New York, NY

                                                 _____
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.