**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                              Telephone 212-349-0230

**By ECF and Email**

January 30, 2023

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                  Re:    U.S. v. Julian Rios-Meneses and
                        Francisco Bolivar-Lozano
                        21 CR. 365 (RMB)

Dear Judge Bermany:

      I am the attorney for Francisco Bolovar-Loranzo. I went to meet with my client this morning at the Westchester County Jail where I was informed that his unit was in a Covid lockdown. After communicating with Assistant United States Attorney Mathew Hellman and Ian Marcus Amelkin, counsel for Mr. Rio-Meneses, the parties respectfully request that the conference currently scheduled for tomorrow be adjourned until March 7, 2023 at 10:00, which I have been advised would be a convenient date and time for Your Honor.

      My client will certainly be out of quarantine and able to attend a conference in a few weeks' time. On behalf of both defendants, I consent to the exclusion of time until the next conference before Your Honor.

                              Respectfully submitted,

                              /s/Andrew
                              Andrew G. P

cc:   Ian Marcus Amelkin, Esq. (by email)

       Mathew Hellman

---

**Adjournment is granted. The conference is adjourned to 3/7/23 at 10:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.**

SO ORDERED:
Date: 1/30/23                         /s/ Richard M. Berman
                                            Richard M. Berman, U.S.D.J.