**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                                                         :

                                    Government,      :        21 CR. 365 (RMB)

                                                                         :

            - against -                                      :        **ORDER**

                                                                         :

JULIAN FERNEY RIOS-MENESES              :
FRANCISCO JAVIER BOLIVAR-LOZANO,   :

                                    Defendant.       :
------------------------------------------------------------------x


            The status conference scheduled for Tuesday, March 7, 2023 at 10:00 A.M. is

hereby rescheduled to 1:00 P.M. on the same date.

            The proceeding will be held in Courtroom 17B.


Dated: February 23, 2023
            New York, NY


_____

            RICHARD M. BERMAN
            U.S.D.J.