**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                Government,    :    21 CR. 365 (RMB)
                                            :
    - against -                           :    **ORDER**
                                            :
JULIAN FERNEY RIOS-MENESES,                :
FRANCISCO JAVIER BOLIVAR-LOZANO            :
                Defendant(s).  :
-------------------------------------------------------------x

        The status conference scheduled for Wednesday, May 10, 2023 at 2:00 P.M. will take place in Courtroom 17B.

Dated: May 3, 2023
       New York, NY

                                            _____
                                                RICHARD M. BERMAN
                                                    U.S.D.J.