**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,      :
                :
        Government,  :   21 CR. 365 (RMB)
                :
    - against -       :   **<u>ORDER</u>**
                :
JULIAN FERNEY RIOS-MENESES,   :
FRANCISCO JAVIER BOLIVAR-LOZANO, :
                :
        Defendant.   :
-----------------------------------------------------------------x

    The status conference scheduled for Tuesday, July 18, 2023 at 10:30 A.M. will

take place in Courtroom 17B.


Dated: July 12, 2023
   New York, NY


                 _____
                  RICHARD M. BERMAN
                    U.S.D.J.