

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 13, 2023

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   <u>United States v. Julian Ferney Rios-Meneses</u>, 21 Cr. 365 (RMB)

Dear Judge Berman:

    The Government writes respectfully and behalf of the parties to request that defendant Julian Ferney Rios-Meneses' appearance at the September 19, 2023 status conference in the above-referenced case be adjourned to October 24, 2023 at 10:00 a.m., at which time the Government understands Rios-Meneses wishes to enter a change of plea.

    The Government also respectfully requests that time be excluded under the Speedy Tral Act from September 19 through October 24, 2023. The ends of justice served by the requested exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will facilitate completing discussions between the parties about reaching a pre-trial resolution in this matter. Rios-Meneses, through counsel, consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Jacob Gutwillig / Matthew Hellman
Assistant United States Attorneys
(212) 637-2215 / -2278

---

Conference is adjourned to 10/24/23 at 10:00am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 9/13/23        *Richard M. Berman*
                      Richard M. Berman, U.S.D.J.