**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                       Government,            :        21 CR. 365 (RMB)
                                                 :
        - against -                            :        **ORDER**
                                                 :
                                                 :
JULIAN FERNEY RIOS-MENESES,                      :
                                                 :
                       Defendant.             :
-------------------------------------------------------------x

       The sentencing scheduled for Tuesday, February 6, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: January 31, 2024
       New York, NY

                                         _____
                                         RICHARD M. BERMAN
                                                U.S.D.J.